

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHRISTOPHER W. LEVY, | § | No. 08-22-00213-CV |
| Appellant, | § | Appeal from the |
| v. | § | 261st District Court |
| JULIE J. OAKLEY, THOMAS G. KILGORE, LOUIS MASTRANGELO, SANJEEV KUMAR, and GRETCHEN VANCE, | § § § | of Travis County, Texas (TC# D-1-GN-22-002721) |
| Appellees. | § | |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to voluntarily dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order that Appellant pay all costs of this appeal. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.